**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>JEFFERY PUFFENBARGER<br><br>Debtor(s) | Case No. 15-40149 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/24/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 06/20/2016.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,630.00 |
| Less amount refunded to debtor | $2,506.39 |
| **NET RECEIPTS:** | **$123.61** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $123.61 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$123.61** |

Attorney fees paid and disclosed by debtor:     $2,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALCOA BILLING CENTER | Unsecured | 8.52 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Athletic & Therapuetic Inst. | Unsecured | 9.22 | NA | NA | 0.00 | 0.00 |
| Athletic & Therapuetic Inst. | Unsecured | 60.63 | NA | NA | 0.00 | 0.00 |
| BEERMANN PRITIKIN MIRABELLI SW | Unsecured | 28,035.00 | 23,714.00 | 23,714.00 | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 535.81 | 616.19 | 616.19 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 0.00 | 1,945.58 | 1,945.58 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 1,827.76 | 3,549.78 | 3,549.78 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 4,558.28 | 4,558.28 | 4,558.28 | 0.00 | 0.00 |
| EMP | Unsecured | 1,015.36 | NA | NA | 0.00 | 0.00 |
| FLOSS DENTAL CARE LLC | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 1,672.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 572.23 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 293.88 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 157.62 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 197.56 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 258.85 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 40.73 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 8.52 | NA | NA | 0.00 | 0.00 |
| JENSEN LITIGATION SOLUTIONS | Unsecured | 1,606.75 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 20,005.82 | NA | 20,008.14 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 20,005.82 | 20,008.14 | 20,008.14 | 0.00 | 0.00 |
| JUDY B CALTON | Unsecured | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,691.23 | 1,862.00 | 1,862.00 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 2,950.16 | 2,652.53 | 2,652.53 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,385.47 | 1,385.47 | 1,385.47 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 577.04 | 577.04 | 577.04 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,266.01 | 1,266.01 | 1,266.01 | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 324.02 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 423.08 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICINE | Unsecured | 1,132.56 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

Case 15-40149   Doc 84   Filed 07/08/16   Entered 07/08/16 14:27:47   Desc Main
              Document       Page 3 of 4

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORTHWESTERN MEDICINE | Unsecured | 324.02 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 1,111.00 | NA | NA | 0.00 | 0.00 |
| OLYMPIA FIELDS INTERNAL MED | Unsecured | 7.83 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,462.95 | 14,692.95 | 1,462.95 | 0.00 | 0.00 |
| RACHEL ROSADO | Unsecured | 939.86 | NA | NA | 0.00 | 0.00 |
| TD BANK USA | Unsecured | 1,981.06 | 2,055.04 | 2,055.04 | 0.00 | 0.00 |
| TOWD POINT MORTGAGE TRUST | Secured | 142,549.29 | 141,923.81 | 142,490.09 | 0.00 | 0.00 |
| TOWD POINT MORTGAGE TRUST | Secured | NA | 566.28 | 566.28 | 0.00 | 0.00 |
| UNION PLUS CREDIT CARD | Unsecured | 3,462.32 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 293.88 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 40.73 | NA | NA | 0.00 | 0.00 |
| ZACHARY WILLIAMS LLC | Priority | 1,920.00 | 1,920.00 | 1,920.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $162,498.23 | $0.00 | $0.00 |
| Mortgage Arrearage | $566.28 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$163,064.51** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,920.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$1,920.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$68,153.01** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $123.61 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$123.61** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/08/2016                          By: /s/ Tom Vaughn
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**